UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

Robert Peoples,

           Plaintiff,

vs.

Sgt. Leon Davis, Mr. Thierry Nettles, IGC Jean Randal, Sgt. Gary Manigault, Lt. Darryl McGee, Sgt. Joyce Perry, Officer Hallback

           Defendants.

**SUMMARY JUDGMENT IN A CIVIL CASE**

Civil Action No. 8:08-cv-00252-CMC

**Decision by the Court.** This action came to hearing before the court. The court, having adopted the report and recommendation of the magistrate judge, grants the defendants' motion for summary judgment, dismissing plaintiff's petition with prejudice.

IT IS ORDERED AND ADJUDGED that summary judgment is hereby entered as to the defendants Sgt. Leon Davis, Mr. Thierry Nettles, IGC Jean Randal, Sgt. Gary Manigault, Lt. Darryl McGee, Sgt. Joyce Perry, and Officer Hallback.

February 10, 2009

LARRY W. PROPES, CLERK
UNITED STATES DISTRICT COURT

s/ Nora Chandler
Deputy Clerk